UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*******************************

LORRAINE SCOTT,

        Plaintiff,

    v.

CAROLYN W. COLVIN,
ACTING COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.
*******************************

Civil Action No. 14-01027

**CONSENT ORDER
TO REMAND
PURSUANT TO
SENTENCE 4 OF
42 U.S.C. § 405(g)**

This matter having been opened to the Court by RICHARD S. HARTUNIAN, United States Attorney for the Northern District of New York, and Tomasina DiGrigoli, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action, may be taken; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this 11th day of May, 2015;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

                                                _____
                                                Hon. Thomas J. McAvoy, SUSDJ

The undersigned hereby consent to the form and entry of the within order.

                      RICHARD S. HARTUNIAN
                      United States Attorney

By: *[signature]*
                      Tomasina DiGrigoli
                      Special Assistant U.S. Attorney
                      Bar No. 514002


                      Legal Services of Central New York – Syracuse

By: *[signature]*
                      Christopher Cadin
                      Attorney for Plaintiff
                      Bar No. 505497